IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00453-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDY EUGENE SELTZER;
2.    DAVID LEE ORTEGO,

    Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **November 27, 2006** and responses to these motions shall be filed by **December 8, 2006**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 5, 2006 at 4:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a four-day jury trial is set for **January 16, 2006 at 1:30 p.m.**

DATED: November 15, 2006    BY THE COURT:

    *s/ Phillip S. Figa*
    _____
    Phillip S. Figa
    United States District Judge