IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00453-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDY EUGENE SELTZER;
2.    DAVID LEE ORTEGO,

    Defendant.

---

**ORDER EXTENDING FILING DEADLINES OF PRE-TRIAL MOTIONS
AND ORDER TO CONTINUE TRIAL DATE**

---

    Defendant David Lee Ortego's Unopposed Motion for Extension of Time Within Which to File Pretrial Motions and Request to Continue Trial (Dkt. # 18) is GRANTED. Both defendants shall have to and including December 30, 2006 within which to file all pretrial motions, and responses to these motions shall be due by January 12, 2006.

    The Court finds that the reasons set forth in Defendant Ortego's motion meet the requirements of 18 U.S.C. § 3161(h)(8) and toll the speedy trial deadline. It is, therefore,

    ORDERED that the final trial preparation conference set for January 5, 2007 is CONTINUED to **Friday, February 9, 2007 at 8:30 a.m.** and the four-day jury trial set to commence January 16, 2007 is CONTINUED to **Tuesday, February 20, 2007 at 1:30 p.m.**

DATED:  December 1, 2006    BY THE COURT:

                                                     *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge