IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00453-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDY EUGENE SELTZER;
2.    DAVID LEE ORTEGO,

    Defendant.

---

**ORDER SETTING STATUS CONFERENCE AND MOTIONS HEARING**

---

    The Court, having reviewed the parties' pretrial motions, hereby

    ORDERS that a status conference and hearing on these issues will be held on **Tuesday, January 30, 2007 at 9:30 a.m.** The Court has set aside one hour for this hearing. Should counsel require more time to present argument, they are directed to call the undersigned judge's chambers at least 48 hours prior to the hearing time.

    DATED: January 17, 2007

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge