IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00453-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDY EUGENE SELTZER;
2.    DAVID LEE ORTEGO,

    Defendant.

---

## ORDER VACATING TRIAL DATE AND SET STATUS CONFERENCE

---

    Defendant David Lee Ortego's Joint Motion to Vacate Motions Hearing and Trial and to Exclude Time from Speedy Trial (Dkt. # 35) is GRANTED.  The Court hereby orders that the following hearings and dates are VACATED:

    1)    Motion hearing set for January 30, 2007 at 9:30 a.m.;

    2)    Final trial preparation conference set for February 9, 2007 at 8:30 a.m.;

    3)    Four-day jury trial set to commence February 20, 2007 at 1:30 p.m.

In accordance with 18 U.S.C. s 3161(h)(1), all time from the filing of this motion is excluded from speedy trial calculations until further order of the Court.

    IT IS FURTHER ORDERED that a status conference is set in this matter on **Thursday, March 22, 2007 at 8:15 a.m.**  Defendants need not be present at this status conference.

    DATED:  January 26, 2007

                                                     BY THE COURT:

                                                     *s/ Phillip S. Figa*

                                                     _____
                                                     Phillip S. Figa
                                                     United States District Judge