**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00453-PSF

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ANDY EUGENE SELTZER;
2. DAVID LEE ORTEGO,

       Defendants.
_____

**ORDER OF REASSIGNMENT**
_____

Upon the illness of Judge Phillip S. Figa, the above captioned case is reassigned to the undersigned District Court Judge. All future pleadings should be filed with Case No. 06-cr-00453-LTB.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

Dated:   March 21, 2007