# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 06-cr-00453-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ANDY EUGENE SELTZER;

        Defendant.
_____

## ORDER
_____

       This case is before me on the "Motion for Bond Status" submitted by Amy Ottinger for Andy Seltzer who is the named Defendant in this case. The Government has filed its objection to the motion and moves to strike.

       It is clear that there is no showing that Amy Ottinger (Ott Bailbonds) is an attorney authorized to practice law. Upon this basis alone, the motion to strike must be granted.

       The Government suggests that this pleading should be referred to the Colorado Supreme Court for the unauthorized practice of law. I will decline to do so at this time but caution Amy Ottinger that further such applications may result in the matter being referred to the Colorado Supreme Court.

       IT IS THEREFORE ORDERED that the "Motion for Bond Status", Document #45, is STRICKEN.

                                               BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: May 11, 2007