IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Case No.: 06-cr-00453-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDY E. SELTZER,

    Defendant.

---

## ORDER

---

    Order requiring the Defendant to complete a financial affidavit

    The Defendant ANDY EUGENE SELTZER has filed a motion for appointment of counsel. (Document 51)

    The Defendant ANDY EUGENE SELTZER has been charged by indictment returned on November 2, 2006 in the United States District Court for the District of Colorado, in case number 06-CR-00453, with counterfeiting and aiding and abetting the same in violation of 18 U.S.C. 471 and 2, and with three counts of felon in possession of a firearm in violation of 18 U.S.C. 922(g)(1). (Document 1)

    On November 2, 2006 arrest warrant was issued as to the Defendant Andy Eugene Seltzer. (Document 3)

    Rule 5 of the Federal Rules of Criminal Procedure provides that a person arrested in the United States must be taken without unnecessary delay before a magistrate judge so that the magistrate judge can inform the Defendant of the charge against the Defendant, the Defendant's right to retain counsel or to request that counsel be appointed if the Defendant cannot obtain counsel, the circumstances under which the Defendant may secure pretrial release, any right to a preliminary hearing and the Defendant's right not to make a statement and that any statement made may be used against the Defendant.

As of the date of this Order, the Defendant has not been arrested on the warrant nor brought before the Court to be advised of the federal charges.

The Defendant has represented to the Court, in his motion, that he is in custody in the Mesa County Jail and that he seeks appointment of counsel to represent him on the pending federal charges.

By this Order the Court directs the Defendant ANDY E. SELTZER to complete a financial affidavit and return the affidavit to the Court, so that the Court can consider whether the Defendant qualifies for appointment of counsel at the expense of the government. Deputy U.S. Marshal Edward Auzenne is asked to assist the Court by providing a financial affidavit to the Defendant.

The Court will consider the Defendant's motion for court appointed counsel after consideration of the financial affidavit completed by the Defendant.

Dated this 22nd day of June, 2007.

FOR THE COURT

s/ Gudrun J. Rice

_____
Gudrun J. Rice
United States Magistrate Judge