IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-cr-00453-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ANDY EUGENE SELTZER,

        Defendant.
_____

## ORDER
_____

For the reasons stated on the record at the June 19, 2008, hearing in this matter, and pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), the Court hereby finds that the failure to exclude time beginning June 16, 2008, and ending August 18, 2008, from the speedy trial clock would deny counsel for Defendant the reasonable time necessary to effectively prepare, taking into account the exercise of due diligence, and that the ends of justice served by the granting of Defendant's motion outweigh the interests of Defendant and the public in a speedy trial.

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Defendant's Unopposed Motion to Exclude Time from Speedy Trial Computation or to Set Jury Trial Outside 70-day Speedy Trial Deadline [**Docket # 84**] is GRANTED. The time beginning June 16, 2008, and ending August 18, 2008, shall be excluded from the calculation of speedy trial;

2. A status conference in this matter is scheduled for **Friday, August 15, 2008, at 10:00 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Government counsel may appear at this hearing by phone.

Dated: June   19  , 2008.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge