IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No. 06-cr-00453-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ANDY EUGENE SELTZER,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the hearing on the Motion to Dismiss, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 24th day of March 2009.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____   _____
ATTORNEY FOR PLAINTIFF            ATTORNEY FOR DEFENDANT